ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, Ca 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorneys for Plaintiffs
Maria Sangerman, Teresa Orduno, Ricardo Rojas
& Rosa Delgado

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/1/06*

| | |
|---|---|
| MARIA SANGERMAN, TERESA ORDUNO, RICARDO ROJAS & ROSA DELGADO<br><br>  Plaintiffs,<br>  vs.<br><br>THERIAULT ENTERPRISES INC., LEO THERIAULT & DOES 1 - 10,<br><br>  Defendants | Case No.: C05-04183 RMW<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE & ORDER** |

Plaintiff moves the Court ex parte to continue the Initial Case Management Conference currently scheduled for March 3, 2006 at 10:30 p.m., as follows:

1. This case is not yet ready for the Case Management Conference as the First Amended Complaint was just filed, adding two plaintiffs, and correcting one defendant's name. New Summons with the correct names of defendants and additional plaintiffs is yet to be issued.

2. As such, plaintiffs respectfully request that the Initial Case Management Conference currently scheduled for March 3, 2006 be continued for 45 days to April 14, 2006 to allow plaintiffs to serve on defendants, and defendants to retain a counsel and to prepare for the Initial Case Management Conference.

Case No.: C05-06183 RMW

1

**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE INITIAL CMC**
Sangerman, et al v. Theriault Enterprises Inc., et al

1  Dated: February 26, 2006              By: /s/ ADAM WANG
2                                              Attorney for Plaintiffs
                                                Maria Sangerman, Teresa Orduno,
3                                               Ricardo Rojas & Rosa Delgado

4  _____

## ORDER

It is hereby ordered that the initial case management conference be continued to April 14, 2006.

**IT IS SO ORDERED.**

Dated:  March 1, 2006                    By:   /S/ RONALD M. WHYTE
                                                Ronald M. Whyte
                                                United States District Judge

Case No.: C05-06183 RMW

2

**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE INITIAL CMC**
Sangerman, et al v. Theriault Enterprises Inc., et al