1   ADAM WANG (STATE BAR NUMBER 201233)
    DAL BON & WANG
2   12 South First Street, Suite 613
    San Jose, Ca 95113
3   Tel:  (408) 421-3403
    Fax:  (408) 351-0261
4
    Attorneys for Plaintiffs
5   Maria Sangerman, Teresa Orduno, Ricardo Rojas
    & Rosa Delgado
6
    LEO THERIAULT
7   20165 Tarawild Ct.
    Salinas, CA 93907
8   Tel: 831-754-4433
9
    Defendant in Pro Se
10
                UNITED STATES DISTRICT COURT
11
            FOR NORTHERN DISTRICT OF CALIFORNIA        *E-FILED - 5/10/06*
12
    MARIA SANGERMAN, TERESA ORDUNO,         Case No.: C05-04183 RMW
13  RICARDO ROJAS & ROSA DELGADO
14                  Plaintiffs,              **STIPULATION TO CONTINUE THE**
                                             **INITIAL CASE MANAGEMENT**
15          vs.                              **CONFERENCE &**
                                             **ORDER**
16  THERIAULT ENTERPRISES INC., LEO
    THERIAULT & DOES 1 - 10,
17
                    Defendants
18

        Plaintiffs and defendants stipulate to continue the Initial Case Management
19
    Conference currently scheduled for May 12, 2006 at 10:30 p.m., as follows:
20
        1.      On March 1, 2006, this Court granted plaintiffs' ex parte application to
21
    continue the Initial Case Management Conference to April 14, 2006, given the recent
22
    addition of two plaintiffs and a newly issued Summons correcting the name of one
23
    defendant.
24
        2.      On March 27, 2006, the new Summons was served on all defendants.
25
        3.      Because defendants did not file an answer or otherwise respond to the

    Complaint, plaintiffs moved ex parte to continue the Initial Case Manage Conference to

                                              Case No.: C05-06183 RMW
                                1

May 12, 2006. The Court granted the application by an order dated April 14, 2006, setting the Initial Case Management Conference on May 12, 2006.

4.      Currently defendant Leo Theriault and Theriault Enterprise Inc. are in the process of retaining a counsel for their defense, and request that they be given more time to do so.

5.      As such, parties respectfully request that the Court grant the extra time for defendants to file their answer by May 12, 2006, and further continue the Initial Case Management Conference currently scheduled on May 12, 2006 for four weeks until June 9, 2006.

Dated: May 2, 2006                      By: /s/ ADAM WANG
                                             Attorney for Plaintiffs
                                             Maria Sangerman, Teresa Orduno,
                                             Ricardo Rojas & Rosa Delgado

Dated:  May _2_, 2006                   By:  /s/ LEO THERIAULT
                                             Defendant in Pro Se

_____

**ORDER**

It is hereby ordered that defendants should answer or otherwise respond to the Complaint no later than May 12, 2006.

It is further ordered that the initial case management conference be continued to June 9, 2006 @ 10:30 a.m.  A Joint CMC Statement is due June 2, 2006.  No further

**IT IS SO ORDERED.**                                    continuances.

Dated:  May _10_, 2006                  By:  _/s/ Ronald m. Whyte___
                                             Ronald M. Whyte
                                             United States District Judge

                                        Case No.: C05-06183 RMW
                                2

**STIPULATION TO CONTINUE INITIAL CMC**
**Sangerman, et al v. Theriault Enterprises Inc., et al**