**E-FILED on** 8/21/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA SANGERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THERIAULT ENTERPRISES INC., et al.,<br><br>Defendants. | No. C-05-4183 RMW<br><br>ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING THE SHERIFF TO CONDUCT A KEEPER LEVY<br><br>**[Re Docket No. 48]** |

At the hearing on plaintiffs' motion for an order authorizing the Sheriff to conduct a keeper levy pursuant to California Code of Civil Procedure §700.070(a), plaintiff's counsel advised the court that the motion has been rendered moot by the sale of defendant's business franchise. Accordingly, plaintiff's motion is denied as moot.

DATED:   8/21/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING THE SHERIFF TO CONDUCT A KEEPER LEVY—No. C-05-4183 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Adam Wang                    adamqwang@gmail.com
James Dal Bon              jdblaw@earthlink.net

**Counsel for Defendants:**

Robin Kubicek              robinkubicek@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

TER

**Dated:** 8/21/09

**Chambers of Judge Whyte**

ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING THE SHERIFF TO CONDUCT A KEEPER LEVY—No. C-05-4183 RMW
TER    2