1  ADAM WANG, Bar No. 201233
2  ADAM PEDERSEN, Bar No. 261901
   LAW OFFICES OF ADAM WANG
3  12 South First Street, Suite 708
   San Jose, CA 95113
4  Tel:  (408) 292-1040
   Fax: (408) 416-0248
5  adamqwang@gmail.com

6
   Attorneys for Plaintiffs
7
                          UNITED STATES DISTRICT COURT
8
                          DISTRICT FOR NORTHERN CALIFORNIA
9

10 | MARIA SANGERMAN, TERESA ORDUNO, | Case No.: C05-4183 RMW |
   | RICARDO ROJAS & ROSA DELGADO | |
11 | | ORDER DIRECTING |
   | Plaintiffs, | DEFENDANTS  THERIAULT |
   | vs. | ENTERPRISES INC.  AND LEON |
12 | | THERIAULT TO TURN OVER ANY |
   | THERIAULT ENTERPRISES INC., LEO | DOCUMENTS AND INSTRUMENTS |
13 | THERIAULT & DOES 1 - 10, | EVIDENCING THE RIGHTS TO |
   | | PAYMENTS |
14 | Defendants | |

15
       Upon considering Plaintiffs' Ex Parte Application for an Order Directing Defendants
16
   Theriault Enterprises Inc.  and Leon Theriault to Turn Over any Documents and Instruments
17
   Evidencing the Rights to Payments, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED
18
   that:
19
       Within 7 days of the service of this order, Defendants/Judgment Debtors Theriault
20
   Enterprises Inc.  and Leon Theriault and/or his legal guardian shall turn over to the Sheriff of
21
   Monterey County whose address is Sheriff's Civil Unit, Office of the Sheriff, 1414 Natividad
22
   Road Salinas, California  93906, any and all documentary evidence of any accounts, including
23
   but not limited to, any promissory notes, checks, drafts, money orders, deposits, deposit
24
   accounts, books, records, papers or files, listing of accounts, accounts receivable ledgers or
25
   journals.
       The above said documentary evidence shall include, but in no way limited to:

**TURNOVER ORDER**
**Sangerman v. Theriault Enterprises Inc., et al.**
                            1                    Case No. **C05-4183 RMW (RS)**

1.     Promissory Note payable to Theriault Enterprises Inc. in the amount of $292, 000, along with any security agreement, any other documents and papers that afford security for the said promissory note;

2.     Promissory Note payable to Theriault Enterprises Inc. in the amount of $10,000;

3.     Promissory Note payable to Theriault Enterprises Inc. in the amount of $25,000.

This Order should be promptly served personally on Defendants.

NOTICE IS HEREBY GIVEN THAT FAILURE BY DEFENDANTS/JUDGMENT DEBTORS TO COMPLY WITH THIS ORDER MAY SUBJECT THE DEFENDANTS/JUDGMENT DEBTORS TO ARREST AND PUNISHMENT OF CONTEMPT OF THIS COURT.

Dated: 3/31/2011            By: _____*Ronald M. Whyte*_____
                                                      Ronald M. Whyte
                                                      US District Judge